## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GRAPHIC ARTS INDUSTRY JOINT** | ) | |
| **PENSION TRUST, MARTY HALLBERG,** | ) | |
| **TRUSTEE, and DONALD J. TREIS,** | ) | |
| **TRUSTEE,** | ) | |
| | ) | |
|     **25 Louisiana Avenue NW** | ) | |
|     **Washington, DC 20001** | ) | |
| | ) | |
|         **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:13-CV-01887-RCL** |
| | ) | |
| **GRAPHIC EQUIPMENT & SUPPLY, INC.,** | ) | |
| | ) | |
|     **16200 Clinton Street** | ) | |
|     **Harvey, IL 60426** | ) | |
| | ) | |
| **UNION GRAPHICS, INC.,** | ) | |
| | ) | |
|     **1900 Lake Street** | ) | |
|     **Dyer, IN 46311** | ) | |
| | ) | |
| **DIGITAL GRAPHICS, INC.,** | ) | |
| | ) | |
|     **2044 164th Place** | ) | |
|     **Hammond, IN 46320** | ) | |
| | ) | |
| **THOMAS RUCINSKI, and** | ) | |
| | ) | |
|     **1436 Prestwick Drive** | ) | |
|     **Schererville, Indiana 46375** | ) | |
| | ) | |
| **TIMOTHY RUCINSKI,** | ) | |
| | ) | |
|     **847 Killarney Drive** | ) | |
|     **Dyer, Indiana 46311** | ) | |
| | ) | |
|         **Defendants.** | ) | |

**JOINT MOTION FOR DISMISSAL AND REQUEST
FOR THE COURT TO RETAIN JURISDICTION TO
ENFORCE CERTAIN TERMS OF SETTLEMENT**

Plaintiffs, the Graphic Arts Industry Joint Pension Trust ("Pension Trust") and its authorized Co-Chairman Trustees, Marty Hallberg ("Hallberg") and Donald J. Treis ("Treis"), and Defendants Timothy Rucinski, Graphic Equipment & Supply, Inc., Union Graphics, Inc. and Digital Graphics, Inc. (collectively 'the Parties") jointly request the Court to dismiss this action against Defendants Timothy Rucinski, Graphic Equipment & Supply, Inc., Union Graphics, Inc. and Digital Graphics, Inc. with prejudice in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure on account of the parties having settled their dispute.

Further, the Parties jointly request that the Court retain jurisdiction of this matter solely to enforce those terms of the Settlement Agreement which require future compliance with certain payment terms, and provide for the entry of a stipulated judgment in this matter in the event that Timothy Rucinski defaults on a future payment, and fails to cure after notice required under the Settlement Agreement.

An Order for Dismissal and Request for the Court to Retain Jurisdiction to Enforce Certain Terms of Settlement is attached for the Court's consideration.

Dated: November 16, 2015                                          Respectfully submitted,

/s/ Brian A. Sullivan                                  /s/ Peter J. Leff
Duane D. Werb (Bar ID PA0006)            Peter J. Leff
Brian A. Sullivan (DE 2098)                      DC Bar No. 457476
WERB & SULLIVAN                                  Mooney, Green, Saindon, Murphy
300 Delaware Avenue, 13th Floor             & Welch, P.C.
P.O. Box 25046                                          1920 L Street, N.W., Suite 400
Wilmington, DE 19899                              Washington, DC 20036
Phone: (302) 652-1100                              Telephone: (202) 783-0010
Fax: (302) 652-1111                                   Facsimile: (202) 783-6088
dwerb@werbsullivan.com                       Email: pleff@mooneygreen.com
bsullivan@werbsullivan.com

              and                                                *Attorneys for Plaintiffs*

Lisa J. Brodsky, Esq.
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, Suite 1700
Chicago, Illinois 60611
Telephone:  (312) 755-3177
lbrodsky@agdglaw.com

*Attorneys for Defendants Timothy Rucinski,*
*Graphic Equipment & Supply, Inc.,*
*Union Graphics, Inc. and Digital Graphics, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that I served the following counsel and unrepresented Parties with a copy of the foregoing Joint Motion for Dismissal and Request for the Court to Retain Jurisdiction to Enforce Certain Terms of Settlement through the Court's Electronic Case Filing system and by Certified Mail – Return Receipt Requested:

    Thomas Rucinski
    1436 Prestwick Drive
    Schererville, Indiana 46375

    Duane D. Werb
    Brian A. Sullivan
    WERB & SULLIVAN
    300 Delaware Avenue, 13th Floor
    P.O. Box 25046
    Wilmington, DE 19899

    Lisa J. Brodsky, Esq.
    Aronberg Goldgehn Davis & Garmisa
    330 N. Wabash, Suite 1700
    Chicago, Illinois 60611


/s/ Peter J. Leff                Dated: November 16, 2015
Peter J. Leff