IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GRAPHIC ARTS INDUSTRY JOINT PENSION TRUST, MARTY HALLBERG, TRUSTEE, and DONALD J. TREIS, TRUSTEE, | ) ) ) ) ) | |
| 25 Louisiana Avenue NW Washington, DC 20001 | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:13-CV-01887-RCL |
| GRAPHIC EQUIPMENT & SUPPLY, INC., | ) ) | |
| 16200 Clinton Street Harvey, IL 60426 | ) ) ) ) | |
| UNION GRAPHICS, INC., | ) ) | |
| 1900 Lake Street Dyer, IN 46311 | ) ) ) ) | |
| DIGITAL GRAPHICS, INC., | ) ) | |
| 2044 164th Place Hammond, IN 46320 | ) ) ) ) | |
| THOMAS RUCINSKI, and | ) ) | |
| 1436 Prestwick Drive Schererville, Indiana 46375 | ) ) ) ) | |
| TIMOTHY RUCINSKI, | ) ) | |
| 847 Killarney Drive Dyer, Indiana 46311 | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL RETAINING JURISDICTION TO ENFORCE CERTAIN TERMS OF SETTLEMENT

Plaintiffs, the Graphic Arts Industry Joint Pension Trust ("Pension Trust") and its authorized Co-Chairman Trustees, Marty Hallberg ("Hallberg") and Donald J. Treis ("Treis"), and Defendants Timothy Rucinski, Graphic Equipment & Supply, Inc., Union Graphics, Inc. and Digital Graphics, Inc. (collectively 'the Parties") have entered into a settlement agreement dated July 3, 2015 (the "Settlement Agreement"). The Settlement Agreement (1) provides that the claims against Timothy Runcinski, Graphic Equipment & Supply, Inc., Union Graphics, Inc. and Digital Graphics, Inc. be dismissed with prejudice, (2) requires future compliance with certain payment terms, and (3) provides for the entry of a stipulated judgment in this matter in the event that Timothy Runcinski defaults on future payment, and fails to cure after notice required under the Settlement Agreement. The Parties have requested that the Court retain jurisdiction to enforce those terms.

Accordingly, Plaintiffs' claims against Defendants Timothy Rucinski, Graphic Equipment & Supply, Inc., Union Graphics, Inc. and Digital Graphics, Inc. are dismissed with prejudice. The Court retains jurisdiction over those claims solely to enforce the terms of the Settlement Agreement, which provides for entry of the Stipulated Judgment to be filed and entered in this action, only in the event of default in payment of the Settlement Payments by Defendant Timothy Rucinski and after written notice and failure to cure as provided in the Settlement Agreement.

Enter:

_____
Chief Judge Royce C. Lamberth,
United States District Court

Dated: 12/21/15